**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO, EASTERN DIVISION**

| | | |
|---|---|---|
| AUSTIN DRUCKENBROD | ) | CASE NO. 4:26-cv-02781 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| vs. | ) | |
| | ) | **DEFENDANTS STEPHANIE WOLF AND** |
| MIKAL C. WATTS, et al. | ) | **REBUTTALPR, INC.'S CONSENT TO** |
| | ) | **NOTICE OF REMOVAL** |
| Defendants. | ) | |

Defendants, Stephanie Wolf and RebuttalPR, Inc. ("Wolf and Rebuttal"), by and through undersigned counsel, state as follows:

1. Wolf and Rebuttal were served with a complaint in the underlying state court action, *Austin Druckenbrod v. Mikal C. Watts, et al.*, Case No. 2026 CV 508, filed in the Columbian County Court of Common Pleas.

2. Wolf and Rebuttal filed their answer to the plaintiff's complaint on October 20, 2026.

3. On Thursday, October 22, 2026, Co-Defendants Burg Simpson Eldredge Hersh & Jardine, P.C., Grant & Eisenhofer, P.A., Simmons Hanly Conroy LLC, Seth A. Katz, M. Elizabeth Graham, Adam J. Gomez, and Jayne Conroy (hereinafter, "Co-Defendants") filed a Notice of Removal in this Court (Doc. #1), seeking to remove the above-referenced state court action to the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. §§ 1441, 1446, 1331, and 1367.

4. Wolf and Rebuttal hereby consent to the Notice of Removal filed by Co-Defendants.

WHEREFORE, Wolf and Rebuttal respectfully request that this action proceed in this Federal District Court.

Respectfully submitted,

*/s/Robert S. Yallech*
Robert S. Yallech (0075494)
REMINGER CO., LPA
950 Windham Court Suite 200
Youngstown, Ohio 44512
330/744-1311
330/744-7500 (fax)
Email: ryallech@reminger.com
*Attorney for Defendants Stephanie Wolf and RebuttalPR, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October 2026, a copy of the foregoing *Consent to Removal* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System, via email, or via regular mail as indicated below:

Via Email:

Jason D. Winter
Courtney J. Trimacco
Winter ] Trimacco Co., LPA
950 Main Avenue, Suite 1210
Cleveland, Ohio 44113
E: Jason@wintertrimaco.com
E: Courtney@wintertrimacco.com
*Attorneys for Plaintiff*

Galen D. Bellamy
Wheeler Trigg O'Donnell LLP
Email: bellamy@wtotrial.com
*Attorneys for Defendants Seth A. Katz Esq.,*
*Burg Simpson Eldredge Hersh & Jardine, P.C.,*
*M. Elizabeth Graham, Adam J. Gomez,*
*Grant & Eisenhofer, P.A., Jayne Conroy*
*and Simmons Hanly Conroy, LLP*

Daniel A. Richards
Tina Rhodes
Email: DRichards@westonhurd.com
Email: TRhodes@westonhurd.com
*Attorneys for Defendant Nicholas T. Amato*

Jesse E. Knowlden
John L. O'Shea
Email: jknowlden@ctks.com
Email: joshea@ctks.com
*Attorneys for Defendants Arch Carson and*
*Arch Carson, M.D., Inc. d/b/a*
*Environmental Medicine Consultants*

Via Regular Mail:

Mikal C. Watts
Watts Guerra Law Firm, LLP
811 Barton Springs Road, Suite 725
Austin, Texas 78704
*Defendant*

Russell T. Abney
Watts Guerra Law Firm, LLP
811 Barton Springs Road, Suite 725
Austin, Texas 78704
*Defendant*

Watts Guerra Law Firm, LLP
811 Barton Springs Road, Suite 725
Austin, Texas 78704
*Defendant*

/s/Robert S. Yallech
Robert S. Yallech (0075494)